UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALESSA CHITTENDEN<br>Plaintiff<br><br>v.<br><br>THREE STALLION INN, INC.<br>Defendant | )<br>)<br>)<br>)    Docket No. 1:12-cv-169<br>)<br>)<br>) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

**NOW COME THE PARTIES**, Plaintiff, Alessa Chittenden, by and through her attorney, Joshua R. Diamond, and Defendant, by and through its attorney, Frank Olmstead, and hereby stipulate that the complaint against Defendant, Three Stallion Inn, may be dismissed with prejudice, each party to bear their own attorney's fees and costs, and the Court may make an Order of "DISSMISSED WITH PREJUDICE."

DIAMOND & ROBINSON, P.C.

Oct. 25, 2013
Dated

By: _____
Joshua R. Diamond, Esquire
P.O. Box 1460
Montpelier, VT 05601-1460
(802) 223-6166

DesMEULES, OLMSTEAD & OSTLER

Oct. 24, 2013
Dated

By: _____
Frank H. Olmstead, Esquire
P.O. Box 1090
Norwich, VT 05055-1090
(802) 649-2001

**SO ORDERED**

By: /s/ J. Garvan Murtha
    Federal District Court Judge
    District of Vermont